# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

## FEE APPLICATION COVER SHEET

**Case Name and Number:**

LW RETAIL ASSOCIATES, LLC                              Case No. 17-45189 (ESS)

**CASE FILED**: October 5, 2017

**CHAPTER**: 11

**APPLICANT**: DelBello Donnellan Weingarten Wise & Wiederkehr, LLP

**ROLE IN CASE:** Attorneys for Debtor-in-Possession

COMPLETION OF THIS FORM CONSTITUTES A CERTIFICATION
UNDER PENALTY OF PERJURY.

*/s/ Dawn Kirby*          *4/13/18*
SIGNATURE OF APPLICANT     DATE

## SECTION I
## FEE SUMMARY

| | |
|---|---|
| TOTAL PREVIOUS FEES & COSTS REQUESTED: | $ 60,698.90 |
| TOTAL FEES & COSTS ALLOWED TO DATE: | $ 0.00 |
| TOTAL RETAINER (IF APPLICABLE) | $ 546.10 |
| TOTAL HOLDBACK (IF APPLICABLE) | $ 0.00 |
| TOTAL INTERIM PAYMENTS RECEIVED BY APPLICANT | $ 0.00 |
| TOTAL RECEIVED BY APPLICANT | $ 546.10 |

## PROFESSIONAL SERVICES SUMMARY

| NAME OF PROFESSIONAL & TITLE | | RATE | HOURS | FEE |
|---|---|---|---|---|
| Jonathan S. Pasternak | Partner | $558 | 1.10 | $ 613.80 |
| Dawn Kirby | Partner | $463.50 | 107.4 | $ 47,925.90 |
| Virginia K. Trunkes | Partner | $425.00 | 0.7 | $ 297.50 |
| Lee S. Wiederkehr | Partner | $395 | 2.9 | $ 1,145.50 |
| Julie C. Curley | Partner | $369 | 3.3 | $ 1,217.70 |
| Eric Mandell | Associate | $315 | 27.7 | $ 8,793.50 |
| Daisy Pons | Paralegal | $135 | 0.6 | $ 75.00 |
| | | | **143.70** | **$60,068.90** |

## COMPENSATION BY WORK TASK

| TASK CODE | DESCRIPTION | HOURS | FEE |
|---|---|---|---|
| 00 | | 0.0 | $ 0 |
| 01 | Asset Analysis and Recovery | 0.0 | $ 0 |
| 02 | Asset Disposition/Sales | 0.0 | $ 0 |
| 03 | Business Operations | 0.0 | $ 0 |
| 04 | General Case Administration | 12.2 | $ 5,418.30 |
| 05 | Claims Administration and objections | 13.4 | $ 5,899.05 |
| 07 | Fee/Employment Applications | 0.9 | $ 417.15 |
| 10 | Litigation | 58.7 | $ 22,998.05 |
| 11 | Meeting of Creditors/341A | 8.8 | $ 4,078.80 |
| 12 | Plan and Disclosure Statement | 0.0 | $ 0 |
| 13 | Relief from Stay Proceedings | 28.6 | $ 12,329.10 |
| 14 | Schedules | 0.0 | $ 0 |
| 15 | Operating Statements | 0.5 | $ 231.75 |
| 16 | Cash Collateral | 20.6 | $ 8,696.70 |
| 17 | Lease Issues | 0.0 | $ 0 |
| 18 | Tax Issues | 0.0 | $ 0 |

**TOTAL**                                                                           **143.7**    **$ 60,068.90**

  **APPLICATION FEE TOTALS - Page 2**                         **$ 60,068.90**
  **APPLICATION DISBURSEMENT TOTALS - Page 3**      **$ 5,894.44**
  **BLENDED HOURLY RATE** :                                          **$ 418.02**
============================================

## SECTION II
## SECTION OF DISBURSEMENTS

| | DISBURSEMENTS | | AMOUNT |
|---|---|---|---:|
| a) | Binding | $ | 20.00 |
| b) | Photocopies | $ | 1,892.50 |
| c) | Prints – Black /White | $ | 109.56 |
| d) | Prints – Color | $ | 0.30 |
| e) | Postage | $ | 64.82 |
| f) | Federal Express | $ | 464.71 |
| g) | Filing Fees | $ | 1,717.00 |
| h) | Westlaw | $ | 251.55 |
| i) | Misc. Filing Fees | $ | 1,200.00 |
| j) | Travel | $ | 174.00 |

**DISBURSEMENT TOTAL:** **$ 5,894.44**

## SECTION III
## CASE HISTORY

(1) DATE CASES FILED: October 5, 2017

(2) CHAPTER UNDER WHICH CASES WERE COMMENCED: Chapter 11

(3) DATE OF RETENTION: *Nunc pro tunc,* as of October 5, 2017

(4) PRIOR APPLICATION HISTORY: None.

## SECTION IV - BREAKDOWN OF CASE MATTERS

**See Attached**